## DISCIPLINARY CASES

**2001–1203.   Cuyahoga Cty. Bar Assn. v. Rockman.**
IT IS ORDERED by this court, sua sponte, that Thomas G. Rockman, Attorney Registration No. 0033314, last known business address in Cleveland, Ohio, be found in contempt for failure to surrender

his certificate of admission and failure to file an affidavit of compliance on or before January 18, 2002, and failure to pay board costs in the amount of $92.75 on or before March 19, 2002.

[Cite as *10/29/2002 Case Announcements*, 2002-Ohio-5876.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 29, 2002*

## RECONSIDERATION OF PRIOR DECISIONS